

## NUMBER 13-91-00028-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

**TALMAGE M. GUY AND SOL B. WEIL, III,**   Appellants,

**v.**

**DAMSON OIL CORPORATION, ET AL.,**   Appellees.

**On appeal from the 23rd District Court of Wharton County, Texas.**

## MEMORANDUM OPINION

### Before Justices Yañez, Rodriguez, and Benavides
### Memorandum Opinion Per Curiam

The last activity in this appeal occurred on May 7, 2001, when appellants filed a motion to return the case to the Wharton County District Court for final determination. Since May 7, 2001, there has been no activity in this appeal. On March 19, 2009, the Court ordered the parties to file an advisory regarding the status of the appeal and, if applicable, a motion to reinstate the appeal or a motion to dismiss the appeal.

The parties have responded to the order by informing the Court that they no longer desire to prosecute their appeal and do not oppose dismissing the case.  Accordingly, we reinstate and dismiss the appeal for want of prosecution.  *See* TEX. R. APP. P. 42.3(b).  Other pending motions, if any, are dismissed as moot.

PER CURIAM

Memorandum Opinion delivered and
filed this the 30th day of April, 2009.